January 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT PRIMO, Appellant

NO. 14-13-00794-CV                      V.

SCOTT  ROTHENBERG, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Scott Rothenberg, signed June 10, 2013, was heard on the transcript of the record. We **AFFIRM** the trial court's judgment in part with respect to the trial court's grant of a no-evidence summary judgment as reflected in the May 13, 2013 summary judgment order. We **REVERSE** the trial court's judgment in part with respect to the trial court's imposition of death penalty sanctions as reflected in the May 22, 2013 order. We **REMAND** for further proceedings not inconsistent with this court's opinion.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.